**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYCE HOVANNISIAN and JENNIFER HOVANNISIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED NATIONAL INSURANCE COMPANY, and Does 1 Through 50, inclusive,<br><br>Defendants. | Case No. 19-CV-00649-DAD-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL, PRETRIAL CONFERENCE, AND ALL PRETRIAL DEADLINES** |

//
//
//
//
//
//
//
//
//
//
//

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

By and through their respective counsel of record and in conformance with Local Rule 143, Plaintiffs Bryce Hovannisian and Jennifer Hovannisian ("Plaintiffs") and Defendant United National Insurance Company ("UNIC"), constituting all parties appearing in this action, hereby stipulate to continue **Trial**, the **Pretrial Conference**, and all **Pretrial Deadlines** due to the effects of the COVID-19 pandemic.

## I. GOOD CAUSE EXISTS FOR THE REQUESTED CONTINUANCE

As set forth in the Declaration of Paul A. Alarcon ("Alarcon Decl.") filed concurrently herewith, good cause exists for the requested continuance. Specifically, the depositions of UNIC's representatives and corporate designees were set to go forward on March 19 and 20, 2020, in Philadelphia. Alarcon Decl., ¶ 2. The depositions of Plaintiffs were to go forward shortly thereafter in Fresno, California. *Id.* at ¶ 3. However, shortly before these depositions were taken, the parties agreed to take the depositions off calendar in order to avoid interstate travel in light of the risks posed by the unexpected and evolving COVID-19 pandemic. *Id.* at ¶ 4. Shortly thereafter, on March 19, 2020, Governor Newsom issued an order that directed "all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors . . . ." *Id.* at ¶ 5. Additionally, Governor Wolf of Pennsylvania issued a similar order on April 1, 2020. *See id.* at ¶ 6.

Consequently, in order to protect the health and wellbeing of the community generally and the parties and their respective counsel specifically, neither the depositions of Plaintiffs nor UNIC's representatives have gone forward to date. *See id.* at ¶ 7. Further, as the "stay-at-home" orders continue into May 2020, the parties do not anticipate that all material discovery will be completed by the June 10, 2020, cutoff date because the above-referenced depositions require cross-country travel for both preparation and attendance. Accordingly, the parties respectfully request a 90-day continuance of all dates and deadlines to account for the delay caused by the COVID-19 pandemic.

## II. THE PARTIES STIPULATE TO A 90-DAY CONTINUANCE OF TRIAL, THE

**PRETRIAL CONFERENCE, AND ALL RELATED DATES**

Now, therefore, **IT IS HEREBY STIPULATED** by and between the parties to this action as follows:

1. That the Nonexpert Discovery Cutoff, currently set for June 10, 2020, be continued to September 10, 2020;

2. That Expert Disclosure, currently set for July 10, 2020, be continued to October 13, 2020;

3. That Rebuttal Expert Disclosure, currently set for August 10, 2020, be continued to November 10, 2020;

4. That the Expert Discovery Cutoff, currently set for September 9, 2020, be continued to December 9, 2020;

5. That the Dispositive Motion Filing Deadline, currently set for October 28, 2020, be continued to January 28, 2021;

6. That the Pretrial Conference, currently scheduled for February 22, 2021, be continued to May 24, 2021; and

7. That Trial, currently set for April 27, 2021, be continued to July 20, 2021.

**IT IS SO STIPULATED,** THROUGH COUNSEL OF RECORD.


DATED:  April 28, 2020              */s/ James H. Wilkins*              .
                                     Attorneys for Plaintiffs

DATED:  April 28, 2020              */s/ Paul A. Alarcon*              .
                                     Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, (ECF No. 13), and with good cause shown, the Court hereby ORDERS that the Scheduling Order, (ECF No. 9), is hereby modified as follows:

1. That the Nonexpert Discovery Cutoff, currently set for June 10, 2020, be continued to September 10, 2020;
2. That Expert Disclosure, currently set for July 10, 2020, be continued to October 13, 2020;
3. That Rebuttal Expert Disclosure, currently set for August 10, 2020, be continued to November 10, 2020;
4. That the Expert Discovery Cutoff, currently set for September 9, 2020, be continued to December 9, 2020;
5. That the Dispositive Motion Filing Deadline, currently set for October 28, 2020, be continued to January 28, 2021;
6. That the Pretrial Conference, currently scheduled for February 22, 2021, be continued to May 24, 2021 at 1:30 pm; and
7. That Trial, currently set for April 27, 2021, be continued to July 20, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **April 30, 2020**                         /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE