1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

BRYCE HOVANNISIAN and JENNIFER HOVANNISIAN,

11

Plaintiffs,

12

vs.

13

UNITED NATIONAL INSURANCE COMPANY, and Does 1 Through 50, inclusive,

14

15

Defendants.

16

Case No. 19-CV-00649-DAD-EPG _____

**STIPULATION AND ORDER TO CONTINUE TRIAL, PRETRIAL CONFERENCE, AND ALL PRETRIAL DEADLINES**

17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

By and through their respective counsel of record and in conformance with Local Rule 143, Plaintiffs Bryce Hovannisian and Jennifer Hovannisian ("Plaintiffs") and Defendant United National Insurance Company ("UNIC"), constituting all parties appearing in this action, hereby stipulate to continue **Trial**, the **Pretrial Conference**, and all **Pretrial Deadlines** due to the effects of the COVID-19 pandemic.

I.      **GOOD CAUSE EXISTS FOR THE REQUESTED CONTINUANCE**

As set forth in the Declaration of Paul A. Alarcon ("Alarcon Decl.") filed concurrently herewith, good cause exists for the requested continuance. Specifically, the depositions of UNIC's representatives and corporate designees were set to go forward on March 19 and 20, 2020, in Philadelphia. Alarcon Decl., ¶ 2. The depositions of Plaintiffs were to go forward shortly

thereafter in Fresno, California. *Id.* at ¶ 3. However, shortly before these depositions were taken, the parties agreed to take the depositions off calendar in order to avoid interstate travel in light of the risks posed by the unexpected and evolving COVID-19 pandemic. *Id.* at ¶ 4.

Shortly thereafter, on March 19, 2020, Governor Newsom issued an order that directed "all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors . . . ." *Id.* at ¶ 5. Governor Wolf of Pennsylvania issued a similar order on April 1, 2020. *See id.* at ¶ 6. Accordingly, pursuant to the parties' stipulation (ECF No. 13), the Court amended the Scheduling Order on April 30, 2020, to account for delays posed by the COVID-19 pandemic. (ECF No. 14.) However, as the pandemic continues to disrupt non-critical sectors in both California and Pennsylvania, the parties hereby stipulate to an additional 90-day continuance of trial, the pretrial conference, and all pretrial deadlines.

Although some restrictions have been lifted since the issuance of the "stay-at-home" orders, both Governor Newsom and Governor Wolf reimposed restrictions on non-critical sectors on July 13, 2020, and July 15, 2020, respectively. *Id.* at ¶¶ 8–9. Consequently, in order to protect the health and wellbeing of the community generally and the parties and their respective counsel specifically, neither the depositions of Plaintiffs nor UNIC's representatives have gone forward to date. *See id.* at ¶ 7. As a result of the restrictions on non-critical sectors in both California and Pennsylvania, the parties do not anticipate that all material discovery will be completed by the September 10, 2020, cutoff date because the above-referenced depositions require cross-country travel for both preparation and attendance. Accordingly, the parties respectfully request an additional 90-day continuance of all dates and deadlines to account for the delay caused by the COVID-19 pandemic.

## II.     THE PARTIES STIPULATE TO AN ADDITIONAL 90-DAY CONTINUANCE OF TRIAL, THE PRETRIAL CONFERENCE, AND ALL RELATED DATES

Now, therefore, **IT IS HEREBY STIPULATED** by and between the parties to this action as follows:

1.      That the Nonexpert Discovery Cutoff, currently set for September 10, 2020, be

1         continued to December 10, 2020;

2      2.      That Expert Disclosure, currently set for October 13, 2020, be continued to

3         January 27, 2021;

4      3.      That Rebuttal Expert Disclosure, currently set for November 10, 2020, be

5         continued to February 26, 2021;

6      4.      That the Expert Discovery Cutoff, currently set for December 9, 2020, be

7         continued to March 26, 2021;

8      5.      That the Dispositive Motion Filing Deadline, currently set for January 28, 2021, be

9         continued to April 28, 2021;

10      6.      That the Pretrial Conference, currently scheduled for May 24, 2021, be continued

11         to August 23, 2021; and

12      7.      That Trial, currently set for July 20, 2021, be continued to October 19, 2021.

13 **IT IS SO STIPULATED,** THROUGH COUNSEL OF RECORD.

14

15 DATED:  July 28, 2020             /s/ James H. Wilkins      .

                                        Attorneys for Plaintiffs

16

17 DATED:  July 28, 2020             */s/ Paul A. Alarcon*      .

                                        Attorneys for Defendant

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

On July 28, 2020, the parties filed a stipulation to continue various dates on the calendar.

Finding good cause, the Court grants the stipulation, other than with respect to the pretrial

conference and trial date, which were scheduled in light of the Court's availability.

Accordingly, it is HEREBY ORDERED that the schedule is hereby modified as follows:

| Event | New Date or Deadline |
|-------|----------------------|
| Nonexpert Discovery Cutoff | December 10, 2020 |
| Expert Disclosure | January 27, 2021 |
| Rebuttal Expert Disclosure | February 26, 2021 |
| Expert Discovery Cutoff | March 26, 2021 |
| Dispositive Motion Filing Deadline | April 28, 2021 |
| Pretrial Conference | October 4, 2021, at 1:30 p.m. |
| Trial | December 7, 2021, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **July 28, 2020**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

4