**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYCE HOVANNISIAN and JENNIFER HOVANNISIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED NATIONAL INSURANCE COMPANY, and Does 1 Through 50, inclusive,<br><br>Defendants. | Case No. 19-CV-00649-DAD-EPG _____<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL, PRETRIAL CONFERENCE, AND ALL PRETRIAL DEADLINES** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

By and through their respective counsel of record and in conformance with Local Rule 143, Plaintiffs Bryce Hovannisian and Jennifer Hovannisian ("Plaintiffs") and Defendant United National Insurance Company ("UNIC"), constituting all parties appearing in this action, hereby stipulate to continue **Trial**, the **Pretrial Conference**, and all **Pretrial Deadlines** due to the effects of the COVID-19 pandemic.

**I.     GOOD CAUSE EXISTS FOR THE REQUESTED CONTINUANCE**

As set forth in the Declaration of Paul A. Alarcon ("Alarcon Decl.") filed concurrently herewith, good cause exists for the requested continuance. Specifically, the depositions of UNIC's representatives and corporate designees were initially set to go forward on March 19 and

20, 2020, in Philadelphia. Alarcon Decl., ¶ 2. The depositions of Plaintiffs were to go forward shortly thereafter in Fresno, California. *Id.* at ¶ 3. However, shortly before these depositions were taken, the parties agreed to take the depositions off calendar in order to avoid interstate travel in light of the risks posed by the unexpected and evolving COVID-19 pandemic. *Id.* at ¶ 4.

Shortly thereafter, on March 19, 2020, Governor Newsom issued an order that directed "all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors . . . ." *Id.* at ¶ 5. Governor Wolf of Pennsylvania issued a similar order on April 1, 2020. *See id.* at ¶ 6. Accordingly, pursuant to the parties' stipulations (ECF Nos. 13 and 15), the Court amended the Scheduling Order on April 30, 2020, (ECF No. 14) and July 28, 2020 (ECF No. 16) to account for delays posed by the COVID-19 pandemic. However, as the pandemic continues to disrupt non-critical sectors in both California and Pennsylvania, the parties hereby stipulate to an additional six-month continuance of trial, the pretrial conference, and all pretrial deadlines.

Although some restrictions have been lifted since the issuance of the "stay-at-home" orders, both Governor Newsom and Governor Wolf reimposed restrictions on non-critical sectors on July 13, 2020, and July 15, 2020, respectively. *Id.* at ¶¶ 8–9. Consequently, in order to protect the health and wellbeing of the community generally and the parties and their respective counsel specifically, neither the depositions of Plaintiffs nor UNIC's representatives have gone forward to date. *See id.* at ¶ 7. Indeed, the depositions of UNIC's corporate designee(s) and percipient witnesses were scheduled to go forward on November 6, 2020, by remote means; however, they were subsequently taken off calendar at Plaintiffs' request. *Id.* at ¶ 10. As a result of delays posed by the pandemic, the parties do not anticipate that all material discovery will be completed by the December 10, 2020, cutoff date because many of the remaining depositions involve out-of-state deponents. Accordingly, the parties respectfully request an additional six-month continuance of all dates and deadlines to account for delays caused by the COVID-19 pandemic.

**II.   THE PARTIES STIPULATE TO AN ADDITIONAL SIX-MONTH CONTINUANCE OF TRIAL, THE PRETRIAL CONFERENCE, AND ALL RELATED DATES**

Now, therefore, **IT IS HEREBY STIPULATED** by and between the parties to this action as follows:

1. That the Nonexpert Discovery Cutoff, currently set for December 10, 2020, be continued to June 10, 2021;
2. That Expert Disclosure, currently set for January 27, 2021, be continued to July 27, 2021;
3. That Rebuttal Expert Disclosure, currently set for February 26, 2021, be continued to August 26, 2021;
4. That the Expert Discovery Cutoff, currently set for March 26, 2021, be continued to September 27, 2021;
5. That the Dispositive Motion Filing Deadline, currently set for April 28, 2021, be continued to October 28, 2021;
6. That the Pretrial Conference, currently scheduled for October 4, 2021, be continued to April 4, 2022; and
7. That Trial, currently set for December 7, 2021, be continued to June 7, 2022.

**IT IS SO STIPULATED,** THROUGH COUNSEL OF RECORD.

DATED:  November 11, 2020                        /s/ James H. Wilkins                .
                                                Attorneys for Plaintiffs

DATED:  November 11, 2020                        */s/ Paul A. Alarcon*                .
                                                Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, (ECF No. 17), and good cause appearing, it is HEREBY ORDERED that the case management scheduled is modified as follows:

| Event | Previous Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Nonexpert Discovery Cutoff | December 10, 2020 | June 10, 2021 |
| Expert Disclosure | January 27, 2021 | July 27, 2021 |
| Rebuttal Expert Disclosure | February 26, 2021 | August 26, 2021 |
| Expert Discovery Cutoff | March 26, 2021 | September 27, 2021 |
| Dispositive Motion Filing Deadline | April 28, 2021 | October 28, 2021 |
| Pretrial Conference | October 4, 2021 | April 4, 2022 at 1:30 p.m. |
| Trial | December 7, 2021 | June 7, 2022 at 8:30 a.m. |

No further extensions shall be given for these dates absent good cause. In particular, **the cutoff for non-expert discovery shall be considered firm.**

IT IS SO ORDERED.

Dated:  **November 12, 2020**          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE