# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE HOVANNISIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED NATIONAL INSURANCE COMPANY, et al. <br><br> Defendants. | Case No. 1:19-cv-00649-DAD-EPG <br><br> ORDER GRANTING STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER <br><br> (ECF No. 19) |

On May 17, 2021, the Court held a status conference at which the Court and the appearing parties discussed the status and future progression of this case in light of the COVID-19 pandemic and the time demands on counsel for Plaintiffs in litigating other matters. Pursuant to the parties' stipulation (ECF No. 19) to further modify the scheduling conference order (ECF No. 9), and as discussed during the status conference, IT IS HEREBY ORDERED that the scheduling conference order is modified by the setting of the following new dates:

| Event | Deadline/Date |
|---|---|
| Nonexpert Discovery Cutoff | September 10, 2021 |
| Expert Disclosure | October 27, 2021 |

| | |
|---|---|
| Rebuttal Expert Disclosure | December 3, 2021 |
| Expert Discovery Cutoff | January 24, 2022 |
| Dispositive Motion Filing Deadline | February 28, 2022 |
| Pretrial Conference | July 11, 2022, 1:30 PM, Courtroom 5 (DAD) |
| Trial | September 20, 2022, 8:30 AM, Courtroom 5 (DAD) |

All other terms and conditions of the scheduling conference order (ECF No. 9) remain in full force and effect. No further extensions shall be granted absent good cause.

The Court further directs the parties to jointly email Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) by no later than July 16, 2021, regarding their interest in setting a settlement conference.

IT IS SO ORDERED.

Dated: **May 24, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE